**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No. 16-05025-01-CR-SW-BP |
| | ) |
| **Plaintiff,** | ) Springfield, Missouri |
| | ) May 3, 2017 |
| **v.** | ) |
| | ) |
| **DELBERT CLAY FEEZELL,** | ) |
| | ) |
| **Defendant.** | ) |

**TRANSCRIPT OF HEARING ON MOTION TO DETERMINE COMPETENCY
BEFORE THE HONORABLE DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Mr. James J. Kelleher |
| | Assistant United States Attorney |
| | 901 St. Louis St., Ste. 500 |
| | Springfield, MO  65806 |
| | (417) 831-4406 |
| For the Defendant: | Ms. Ann M. Koszuth |
| | Federal Public Defender's Office |
| | 901 St. Louis St., Ste. 800 |
| | Springfield, MO  65806 |
| | (417) 873-9022 |
| Court Audio Operator: | Ms. Karla Berziel |
| Transcribed by: | Rapid Transcript |
| | Lissa C. Whittaker |
| | 1001 West 65th Street |
| | Kansas City, MO  64113 |
| | (816) 914-3613 |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

1     (Court in Session at 10:29 a.m.)

2     THE COURT: Calling in *United States vs. Delbert

3 Feezell*. The defendant appears in person along with his

4 attorney, Ms. Ann Koszuth. The United States appears by

5 Assistant United States Attorney, Mr. Jim Kelleher. Counsel for

6 defendant previously filed a motion pursuant to 18 U.S.C.

7 Sections 4241 and 4242, requesting that the defendant undergo an

8 examination to determine defendant's competency to stand trial

9 and his sanity at the time of the alleged offense. Defendant's

10 motion was granted by the Court and the Court ordered a

11 psychological examination be performed. The mental health

12 evaluation has been completed and a report has been submitted to

13 the Court. The Court will take judicial notice of the report

14 which is part of the record. Ms. Koszuth, does the defendant

15 have any evidence that he would like to submit to the Court for

16 consideration of these issues?

17     MS. KOSZUTH: Nothing other than the reports you

18 mentioned, Your Honor.

19     THE COURT: All right. Thank you, Ms. Koszuth. Mr.

20 Kelleher, does the United States have any evidence that they

21 would like to submit to the Court for consideration of these

22 issues?

23     MR. KELLEHER: No, Your Honor.

24     THE COURT: All right. Thank you. The Court will take

25 this matter as submitted on the record and reach a decision

1 promptly.  If there's nothing further, we'll be in recess.  Thank
2 you.
3            MS. KOSZUTH:   Thank you.
4                  (Court Adjourned at 10:31 a.m.)

4

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceeding in the above-entitled matter.

/s/ Lissa C. Whittaker                May 16, 2017
Signature of transcriber                Date