# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>DELBERT CLAY FEEZELL,<br><br>                      Defendant. | Case No. 16-05025-01-CR-SW-BP |

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND FINDING DEFENDANT COMPETENT TO STAND TRIAL

On May 17, 2017, the Honorable David P. Rush, United States Magistrate Judge for this District, issued a Report recommending that the undersigned find that Defendant is competent to stand trial. (Doc. 29.) Defendant then filed a Report to the Court stating that he "has no objection to the Report and Recommendation . . . recommending that the Defendant be declared competent to stand trial." (Doc. 30.)

The Court has reviewed the psychiatric report dated March 22, 2017. (Doc. 25.) Based on the psychiatric report and the lack of an objection from either party, the Court adopts Judge Rush's recommendation and finds Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and is therefore competent to stand trial.

**IT IS SO ORDERED.**

                                                              /s/ Beth Phillips
                                                              BETH PHILLIPS, JUDGE
DATE: June 2, 2017                                      UNITED STATES DISTRICT COURT